FRANK COLONNA, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claims Nos. 17117, 17337, 17661, 17826, 18146, 18538, 18687, 19450 and 21687.)

(Argued June 5, 1934; decided July 3, 1934.)

*John J. Bennett, Jr.*, Attorney-General (*James Gibson* and *Henry Epstein* of counsel), for appellant.

*Arthur Rathjen* and *Jack G. Lubelle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.